UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY COX,

Plaintiff,

-against-

THE UNITED STATES, et al.,

Defendants.

1:25-CV-10660 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By orders dated January 8, 2026, the Court directed Plaintiff, within 30 days, to submit a signed complaint signature page, as well as a completed request to proceed *in forma pauperis* ("IFP" or "IFP application") and prisoner authorization or pay the fees required to file a civil action in this court. Those orders specified that failure to comply would result in dismissal of this action. Plaintiff has not filed a signed complaint signature page, an IFP application and prisoner authorization, or paid the fees. Accordingly, the Court dismisses this action without prejudice. *See* 28 U.S.C. §§ 1914, 1915; Fed. R. Civ. P. 11(a).

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). The Court directs the Clerk of Court to enter a judgment dismissing this action for the reasons set forth in this order.

SO ORDERED.

Dated:   March 11, 2026
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge