UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY COX,

                Plaintiff,

      -against-

THE UNITED STATES, ET AL.,

                Defendants.

25 CIVIL 10660 (LTS)

## CIVIL JUDGMENT

For the reasons stated in the March 11, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    March 12, 2026

        New York, New York

                             /s/ Laura Taylor Swain
                            LAURA TAYLOR SWAIN
                    Chief United States District Judge